**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1611

DONALD SULLIVAN; JEFFREY S. SULLIVAN,

Plaintiffs - Appellants,

versus

UNITED STATES OF AMERICA; GEORGE W. BUSH; JOEL
HEFLEY, Chairman, House Committee on Official
Conduct; HENRY HYDE, Chairman, House Committee
on International Affairs; JOHN BARGO,
Chief-of-Staff, House Committee on Official
Conduct; 535 JOHN DOES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington. James C. Fox, Senior
District Judge. (CA-03-39-7-F)

Submitted: August 28, 2003          Decided: September 25, 2003

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
District Judge.

Affirmed by unpublished per curiam opinion.

Donald Sullivan, Jeffrey S. Sullivan, Appellants Pro Se. Rudolf A.
Renfer, Jr., Assistant United States Attorney, Raleigh, North
Carolina; Vincent Garvey, Scott Ramsey McIntosh, Teal Elizabeth
Luthy, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Sullivan and Jeffrey S. Sullivan appeal the district court's order dismissing their complaint and denying, as moot, their motion for preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sullivan v. United States, No. CA-03-39-7-F (E.D.N.C. Apr. 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED